No. 333. Chickasaw Nation *v.* United States. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Melvin Cornish* and *Wm. H. Fuller* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, George T. Stormont, Charles H. Small,* and

644

*Bradley B. Gilman* for the United States.

